UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                         CRIMINAL NO. 07-20382

v.                                                    HON. SEAN F. COX

D-1     CHAD HOUSLEY,

    Defendants.
_____/

## ORDER REVOKING BOND AND DETAINING DEFENDANT

Pursuant to 18 U.S.C. § 3143(a)(2), defendant Chad Housley having pled guilty to receipt of child pornography in violation of 18 U.S.C. § 2252A(a)(2), defendant's bond is hereby REVOKED and defendant is ordered to be DETAINED by the United States Marshal's Service for transfer to the custody of the Bureau of Prisons consistent with this Court's prior order.

**IT IS SO ORDERED**.


Dated: November 9, 2007                      s/ Sean F. Cox
                                                        HON. SEAN F. COX
                                                        United States District Judge